

**Office of the New York State Attorney General**　　　　　　　　　　**Letitia James**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Attorney General**

March 28, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-31-25

<u>Via ECF</u>
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

　　　Re:　*Mozdziak v. Romeo, et al.*, No. 24 Civ. 8579 (LAK)

Dear Judge Kaplan:

　　　This Office represents Defendants in the above referenced matter. I write, on behalf of both parties, to respectfully request that the initial pre-trial conference, scheduled for April 8, 2025, be adjourned to a date convenient to the Court after April 20, 2025, as counsel for both parties will be out of the country on overlapping, previously scheduled vacations. The parties further request that the Court approve an extension of time for the deadlines regarding Defendants' motion to dismiss the complaint. *See* ECF No. 15. This is the second request to adjourn the initial conference[1] and the parties' first request for additional time regarding the motion.

　　　On March 21, 2025, Defendants moved to dismiss the complaint. *See* ECF No. 15. Per the Court's Individual Rules of Practice regarding motions, pp. 2-3, Plaintiff's opposition is due April 7, 2025, and Defendants' reply is due April 14, 2025. The parties respectfully request the Court set the following deadlines: Plaintiff's opposition, if any, will be due April 30, 2025; Defendants' reply, if any, will be due May 30, 2025.

　　　The parties thank you for your consideration of this request.

　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Mark R. Ferguson
　　　　　　　　　　　　　　　　　　　　　　　MARK R. FERGUSON
　　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　　28 Liberty Street
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10005
　　　　　　　　　　　　　　　　　　　　　　　(212) 416-8635
　　　　　　　　　　　　　　　　　　　　　　　Mark.Ferguson@ag.ny.gov

Granted
Conf. adjourned
SO ORDERED
LEWIS A. KAPLAN, USDJ

---

[1] Plaintiff requested an adjournment of the initial conference in his letter motion, dated December 30, 2024 (ECF No. 6), which the Court granted on December 31, 2024. *See* ECF No. 7.